

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-16-00115-CV

Ruth Isela Acevedo **SALDANA**,
Appellant

v.

Sonia Patricia **HINOJOSA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-15-433
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

We abated this appeal to permit the trial court to hold a hearing on appellant's "Motion to Extend Post-Judgment Deadlines" and to enter written findings determining the date on which appellant and/or her attorney first either received notice of the signed judgment or acquired actual knowledge of the signing of the judgment, in accordance with Rule 4.2. *See* TEX. R. APP. P. 4.2(b), (c); *see also* TEX. R. CIV. P. 306a(4), (5). A supplemental clerk's record containing the trial court's written finding of the date of first notice and supplemental reporter's record of the hearing held on the motion have been filed in this court. The trial court signed a written order finding that appellant and/or her attorney first received notice of the December 10, 2015 dismissal order on February 26, 2016. *See* TEX. R. APP. P. 4.2(c). Therefore, appellant's notice of appeal filed on March 2, 2016 was timely. *See* TEX. R. APP. P. 4.2(a); TEX. R. CIV. P. 306a(4).

According, this appeal is retained and REINSTATED on this court's docket. The appellant's brief is due *thirty (30) days* from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court